# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2025 KW 1243

VERSUS

DEDRICK MATTHEWS

**FEBRUARY 23, 2026**

---

In Re:   Dedrick Matthews, applying for supervisory writs, 19th
         Judicial District Court, Parish of East Baton Rouge, No.
         04-14-0587.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED AS MOOT.** The records of the East Baton Rouge
Parish Clerk of Court's Office reflect that the district court
acted on relator's application for postconviction relief on August
8, 2025. In the event relator elects to seek review of the ruling
on his application for postconviction relief, he may do so without
the necessity of obtaining a return date. Any future filing should
include a copy of this ruling, the entire contents of this writ
application, and any pertinent documents from the district court
record that may support the allegations raised in the application
for postconviction relief.

                         WIL
                         EW
                         CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT